People of the State of Illinois, defendant in error, v. Edward Stanton, plaintiff in error. Gen. No. 39,231.

Opinion filed March 24, 1937.

Julius Reznik, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Blair L. Varnes, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel.

Mr. Justice Hall delivered the opinion of the court.